## AETNA INSURANCE CO. v. SMITH.

No. 16475—Opinion Filed March 2, 1926.

Error from District Court, Kingfisher County; James B. Cullison, Judge.

Action between the Aetna Insurance Company and E. Smith. From the judgment, the former brings error. Reversed and remanded.

Rittenhouse & Rittenhouse and John Webster, for plaintiff in error.

Lee M. Gray, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 468, 108 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as provided in rule 7 of this court.

---

## JONES v. WILLIAMS.

No. 16560—Opinion Filed March 2, 1926.

Error from District Court, Cotton County; A. S. Wells, Judge.

Action between P. H. Jones and J. S. Williams. From the judgment, the former brings error. Reversed and remanded.

Amil H. Japp, for plaintiff in error.

J. C. Norman, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 468, 108 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as required by rule 7 of this court.